# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-2099

_____

LAMETRIA FREEMAN,

Appellant,

v.

ANGIE GUILLORY CROCHET,

Appellee.

_____

On appeal from the Circuit Court for Okaloosa County.
William F. Stone, Judge.

August 13, 2019

PER CURIAM.

AFFIRMED. *See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150, 1152 (Fla. 1979) (noting that trial court decisions are presumed correct, appellant bears burden of demonstrating error, and absence of a transcript makes it impossible to show reversible error).

ROBERTS, ROWE, and KELSEY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Lametria Freeman, pro se, Appellant.

Angie Guillory Crochet, pro se, Appellee.